UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-04766 PA (ADS)　　　　　　　　　　Date: October 8, 2019

Title: *Jesse Max Roman v. Warden Plumley*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):　　Attorney(s) Present for Respondent(s):
　　　　　　None Present　　　　　　　　　　　　　　None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

　　On May 30, 2018, Petitioner Jesse Roman filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody. [Dkt. No. 1]. On August 8, 2019, Respondent filed a Motion to Dismiss arguing, among other things, that the Petition fails to plead a cognizable habeas claim. [Dkt. No. 22].

　　In the Court's May 9, 2019 Order Requiring Response to Petition, Petitioner was given twenty (20) days to file an Opposition, if any, to the Motion to Dismiss. [Dkt. No. 13, p. 3]. As of the date of this Order, Petitioner has not filed an Opposition to the Motion to Dismiss.

　　Moreover, the record reflects Petitioner was released from custody on July 12, 2019 and placed under supervision, [Dkt. No. 22-2], thereby potentially making the Petition moot because the Court can no longer grant the relief requested.

　　In the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for the reasons stated in the Motion to Dismiss, failure to prosecute this Petition, and/or mootness, **by no later than October 23, 2019.**

　　Petitioner may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk kh